UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THOMAS NICHOLS, *et al*, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-04-2242 |
| | § | |
| ALLSTATE TEXAS LLOYD'S, *et al*, | § | |
| | § | |
| Defendant. | § | |

## FINAL SUMMARY JUDGMENT

On this day, August 7, 2007, in the action pending between Plaintiffs, Thomas and

Carolyn Nichols, and Defendants, Allstate Texas Lloyds, Allstate Insurance Company and John

Albritton, the court issued its Memorandum Opinion and Order that Plaintiff's claims must be

dismissed as a matter of law, and the court hereby

**ORDERS** that Plaintiff take nothing and that Defendants are awarded their costs.

Signed at Houston, Texas, this 7th day of August, 2007.

Melinda Harmon
United States District Judge